UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| HILDA PEREZ | § | |
| | § | C.A.#: 5:18-cv-00363-OLG |
| | § | |
| VS. | § | |
| | § | |
| WAL-MART STORES TEXAS, L.L.C. | § | JURY DEMANDED |

## JOINT ADVISORY TO THE COURT

TO THE HONORABLE CHIEF JUDGE ORLANDO L. GARCIA:

NOW COMES Plaintiff Hilda Perez and Defendant Wal-Mart Stores Texas, L.L.C. and file this Joint Advisory to the Court and would respectively show unto the Court the following:

I.

The parties hereby advise the Court that the above-styled and numbered cause has been settled by the parties. The parties are in the process of preparing the necessary documentation that will be filed with the Court.

Respectfully submitted,

BRUERA LAW FIRM, PLLC

*/s/ Sofia E. Bruera (with permission)*

Sofia E. Bruera; SBN: 24062189
Email: sofia@brueralaw.com
3100 Timmons Lane, Suite 310
Houston, Texas 77098
(832) 430-4000 Telephone
(832) 558-3523 Fax

**ATTORNEYS FOR PLAINTIFF**

DAW & RAY, LLP

*/s/ Danielle L. Chester*

---

Willie Ben Daw, III; TBN: 05594050
Email: wbdaw@dawray.com
James K. Floyd; TBN: 24047628
Email: jfloyd@dawray.com
Danielle L. Chester; TBN: 24101615
Email: dchester@dawray.com
14100 San Pedro Ave., Suite 302
San Antonio, Texas 78232
(210) 224-3121 Telephone
(210) 224-3188 Facsimile

**ATTORNEYS FOR DEFENDANT**